## Sallie Mae, Inc.

220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA 18706

June 9, 2010

RE: Case No 10-80315
Hattie B Fairowens

To Whom It May Concern:

Please Withdraw the Proof of claim #12 for the above named case, which was signed and sent to the court by Sallie Mae, Inc. The poc was submitted in error.

Any questions concerning this matter may be directed to the Centralized Bankruptcy at

1-800-251-4127

Sincerely,

/s/ Melissa Yateshin
Bankruptcy Analyst