C-13-16(FTP)
(Rev. 6/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-80315 C-13D |
| Roger John Owens | ) | |
| Hattie B. Owens | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING DEBTOR'S MOTION
## TO RESCIND DISMISSAL ORDER

On August 19, 2010, a hearing was held on Motion by the Debtors to reconsider the Dismissal Order entered by this Court on July 28, 2010. At the hearing, Edward Boltz, Esq. appeared on behalf of the Debtors, and Benjamin E. Lovell, Esq. appeared on behalf of Standing Trustee. No party in interest appeared or objected to the Debtors' Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that the Motion should be granted; therefore, it is ORDERED

1. That the Motion by the Debtors to reconsider the Dismissal Order entered July 28, 2010, is granted, and this case is not dismissed.

2. The Debtors shall have 20 days from August 19, 2010, within which to amend their proposed plan or file a new proposed plan, and in the event an amended or new proposed plan is not timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
Page 1 of 1
10-80315 C-13D

**ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER**